# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Homer Dale Snelgrove,<br><br><br><br>Debtor. | Case No. 22-00778 dd<br><br>Chapter 13 |

## ORDER GRANTING RELIEF FROM STAY TO CONTINUE OR PURSUE ACTION IN FAMILY COURT

This matter is before the Court on the request of the debtor(s) for an order granting relief from the 11 U.S.C. § 362(a) automatic stay to permit adjudication of the following matters in family court:

　__X__ Divorce　　__ Child Support　　__ Alimony

　__ Equitable Distribution of Marital Property & Debts

　__ Other: _____

It is therefore,

ORDERED that relief from the automatic stay is granted. Both parties to the family court action may litigate the matters set forth above. However, additional relief from stay is necessary for the enforcement of a marital obligation against property of the bankruptcy estate or to hold the debtor(s) in civil contempt. Notwithstanding any determination by the family court, property of the estate and the impact of any family court order on the implementation of and performance under the chapter 13 plan may be subject to further order of this Court.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**11/07/2022**



Entered: 11/07/2022

David R. Duncan
US Bankruptcy Judge
District of South Carolina

I (we) so move.

/s/ Jason T. Moss                                              /s/ Homer Dale Snelgrove
Attorney for the Debtor                                    Debtor
District Court I.D. # 7240
Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201